**Dismissed and Memorandum Opinion filed June 18, 2015.**



In The

# Fourteenth Court of Appeals

### NO. 14-15-00441-CV

## IN THE INTEREST OF S.L.A.B., A CHILD

### On Appeal from the 313th District Court
### Harris County, Texas
### Trial Court Cause No. 2009-04692J

## M E M O R A N D U M   O P I N I O N

This is an attempted appeal from a judgment signed June 15, 2010. Appellant's notice of appeal was filed May 12, 2015.

Because this is an accelerated appeal, the notice of appeal must be filed within 20 days after the judgment is signed. *See* Tex. R. App. P. 26.1(b).

Appellant's notice of appeal was not filed timely. A motion for extension of time is necessarily implied when an appellant, acting in good faith, files a notice of appeal beyond the time allowed by Rule 26.1, but within the 15-day grace period provided by Rule 26.3 for filing a motion for extension of time. *See Verburgt v.*

*Dorner*, 959 S.W.2d 615, 617–18 (1997) (construing the predecessor to Rule 26). Appellant's notice of appeal was not filed within the 15-day period provided by Rule 26.3.

On May 27, 2015, notification was transmitted to all parties of the court's intention to dismiss the appeal for want of jurisdiction. *See* Tex. R. App. P. 42.3(a). Appellant filed no response.

Accordingly, the appeal is ordered dismissed.


PER CURIAM


Panel consists of Justices Boyce, McCally, and Donovan.